IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PAINTERS DISTRICT COUNCIL NO. 14, <br><br>  Plaintiffs, <br><br> v. <br><br> CFLS EVERGREEN, LLC, an Illinois limited liability company, LORMAX STERN DEVELOPMENT COMPANY, LLC, a limited liability Michigan corporation THAIMLE, INC., an Illinois corporation, d/b/a LOTUS NAILS & SPA, an Illinois corporation, <br><br>  Defendants. | Case No.: 2018 C 4690 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Sheila Finnegan |

**PAINTERS DISTRICT COUNCIL NO. 14'S
MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COMES the Plaintiff, PAINTERS DISTRICT COUNCIL NO. 14, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto. In support of its Motion, Plaintiff states as follows:

1. Suit was filed on July 9, 2018 for violation of a written Project Labor Agreement plus attorneys' fees, costs and interest under 29 U.S.C. 185(a).

2. Service was made upon THAIMLE, INC., an Illinois corporation, d/b/a LOTUS NAILS & SPA, an Illinois corporation on July 26, 2018. Time to answer or otherwise plead expired August 14, 2018. The court held Defendant in default on October 2, 2018 and Defendant and its counsels were so advised by Plaintiff in writing on October 5, 2018. No response was received.

3. On August 24, 2018, Sara L. Spitler advised that her firm would be representing Defendant and sought additional time to appear and answer. Plaintiffs agreed to the extension of time to September 4, 2018 (Exhibit A).

4. On August 31, 2018 after settlement discussions with Defendant's attorney, a letter was sent to Ms. Spitler outlining Painters District Council No. 14's position on settlement (Exhibit B). The extension period passed without an appearance or pleading.

5. On September 12, 2018, after having receive no response from Ms. Spitler, Plaintiff's counsel sent a second request letter regarding Plaintiff's settlement demand and advising of Defendant's default (Exhibit C).

6. A second attorney, James Roche, telephoned September 17, 2018 advising that he would be appearing for Lotus Nails and wanted to discuss resolution, but took no action toward that end. He did not appear in the case.

7. On October 5, 2018 a Notice of Default letter was sent to Defendant and his counsels. No response was received. (Exhibit D).

8. Defendant is in default on the Complaint and as supported by the attached Affidavit the sums due for work performed by non-union tradesmen at Lotus Nails' space in the Evergreen Park Plaza are:

| | | |
|---|---|---|
| Painting: | 2 men for 2 weeks @ 40 hours per week = 160 hours x $74.05 = | $11,848.00 |
| Taping: | 2 men for 2 weeks @ 40 hours per week = 160 hours x $73.82 = | $11,811.20 |
| Sign Painters: | 2 men for 2 days @ 8 hours per day = 32 hours x $43.98 | = $1,407.36 |
| | | $25,066.56 |
| Reliant Services (Service of Process) | | $89.00 |
| | Total | $25,155.56 |

WHEREFORE, Plaintiffs pray for:

1.  Entry of judgment against Defendant, THAIMLE, INC., an Illinois corporation, d/b/a LOTUS NAILS & SPA, an Illinois corporation, and in favor of Plaintiff, PAINTERS DISTRICT COUNCIL NO. 14 in the amount of $25,155.56.

>PAINTERS DISTRICT COUNCIL
>NO. 14, Plaintiff
>
>s/John J. Toomey
>Arnold and Kadjan, LLP
>35 E. Wacker Drive
>Suite 600
>Chicago, Illinois  60601
>Telephone No.:  (312) 236-0415
>Facsimile No.:  (312) 341-0438
>Dated:  October 15, 2018

# EXHIBIT A

## RE: 2018 CV 4690; Chicago Regional Council of Carpenters and Painters District Council No. ...

Sara Spitler <SSpitler@sosinarnold.com>
Wed 8/29/2018, 1:29 PM
To: John Toomey <jtoomey100@hotmail.com>; tketterman@mkrlaborlaw.com <tketterman@mkrlaborlaw.com>

I am just following up on my below email, to which I have received no response.



*Sara L. Spitler*
**SOSIN, ARNOLD & SCHOENBECK, LTD.**
9501 W. 144th Place, Suite 205
Orland Park, Illinois 60462
(708) 448-8141
Fax: (708) 448-8140
Email: sspitler@sosinarnold.com


**From:** Sara Spitler
**Sent:** Monday, August 20, 2018 2:19 PM
**To:** 'John Toomey' <jtoomey100@hotmail.com>; 'tketterman@mkrlaborlaw.com' <tketterman@mkrlaborlaw.com>
**Subject:** RE: 2018 CV 4690; Chicago Regional Council of Carpenters and Painters District Council No. 14 v. CFLS Evergreen, et al

Gentlemen: Thank you both for your agreement to the extension. I am wondering if it would be possible to schedule a conference call to discuss this case. My client's build-out work is done, so I am curious as to what relief is being sought. Also, my client is not a direct party to the contract upon which the lawsuit is premised. Thus, I would like to see whether there is an opportunity to resolve this case. Please let me know what would work for you.

Regards,



*Sara L. Spitler*
**SOSIN, ARNOLD & SCHOENBECK, LTD.**
9501 W. 144th Place, Suite 205
Orland Park, Illinois 60462
(708) 448-8141
Fax: (708) 448-8140
Email: sspitler@sosinarnold.com


**From:** John Toomey [mailto:jtoomey100@hotmail.com]
**Sent:** Thursday, August 16, 2018 1:04 PM

**To:** Sara Spitler <SSpitler@sosinarnold.com>
**Subject:** Re: 2018 CV 4690; Chicago Regional Council of Carpenters and Painters District Council No. 14 v. CFLS Evergreen, et al

I have no objection to the extension of time until September 4, 2018.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** Sara Spitler <SSpitler@sosinarnold.com>
**Sent:** Thursday, August 16, 2018 11:32 AM
**To:** jtoomey100@hotmail.com
**Subject:** FW: 2018 CV 4690; Chicago Regional Council of Carpenters and Painters District Council No. 14 v. CFLS Evergreen, et al

Mr. Toomey: I forwarded the below request to you on Tuesday, and the email was only just returned to me as undeliverable (at which point I realized that I failed to spell Hotmail correctly). Mr. Ketterman has already responded that he is ok with the proposed extension. Please let me know if this is acceptable to you as soon as possible. Thank you.



*Sara L. Spitler*
**SOSIN, ARNOLD & SCHOENBECK, LTD.**
9501 W. 144th Place, Suite 205
Orland Park, Illinois 60462
(708) 448-8141
Fax: (708) 448-8140
Email: sspitler@sosinarnold.com

**From:** Sara Spitler
**Sent:** Tuesday, August 14, 2018 11:19 AM
**To:** 'tketterman@mkrlaborlaw.com' <tketterman@mkrlaborlaw.com>; 'jtoomey100@hotmal.com' <jtoomey100@hotmal.com>
**Subject:** 2018 CV 4690; Chicago Regional Council of Carpenters and Painters District Council No. 14 v. CFLS Evergreen, et al

Gentlemen: We represent Thaimle, Inc. dba Lotus Nails & Spa. At present, an answer or other response to the Complaint is due on August 16, 2018. I am requesting a short extension of time. I see that an extension was granted until September 4 to CFLS Evergreen and am requesting the same date for response. Please let me know as soon as possible if this is acceptable.



*Sara L. Spitler*
**SOSIN, ARNOLD & SCHOENBECK, LTD.**
9501 W. 144th Place, Suite 205
Orland Park, Illinois 60462
(708) 448-8141
Fax: (708) 448-8140
Email: sspitler@sosinarnold.com

# EXHIBIT B

HUGH B. ARNOLD
JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
ANDREW S. PIGOTT
BRIAN C. JAMES

LAW OFFICES
ARNOLD AND KADJAN, LLP
35 EAST WACKER DRIVE
SUITE 600
CHICAGO IL
60601-2106

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: arnoldandkadjanllp@aol.com

DANIEL N. KADJAN
RETIRED 1993

August 31, 2018

By email sspitler@sosinarnold.com
and Regular Mail
Ms. Sara L. Spitler
Sosin, Arnold & Schoenbeck, Ltd.
9501 W. 144th Place, Suite 205
Orland Park, Illinois 60462

    Re:    Chicago Regional Council of Carpenters,
           et al. v. CFLS Evergreen, et al.
           Case No.: 18 C 4690
           Evergreen Park Plaza
           Settlement Proposal - Lotus Nails

Dear Ms. Spitler:

Plaintiff Painters District Council No. 14's position on settlement is as follows.

Painters seek pay in lieu of work for all hours worked by non-union tradesmen for painting and drywall taping.

They have estimated that to be:

| | | |
|---|---|---|
| Painting: | 2 men for 2 weeks @ 40 hours per week = 160 hours x $74.05 | = $11,848.00 |
| Taping: | 2 men for 2 weeks @ 40 hours per week = 160 hours x $73.82 | = $11,811.20 |
| Sign Painters: | 2 men for 2 days @ 8 hours per day = 32 hours x $43.98 | = $1,407.36 |
| | | $25,066.56 |

If you believe the estimated hours do not reflect the actual time spent, provide the original time and billing records and job estimates and we will compare the hours.

1

Yours truly,

ARNOLD AND KADJAN, LLP

By: *(signature)*
    John J. Toomey

JJT:cc




INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES
# PAINTERS' DISTRICT COUNCIL #14
JOHN SPIROS, JR., BUSINESS MANAGER/SECRETARY-TREASURER
1456 WEST ADAMS STREET • CHICAGO, ILLINOIS 60607-2897
PHONE: 312-421-0046 • FAX: 312-421-7884 • www.pdc14.com

AFFILIATED WITH THE CHICAGO FEDERATION OF LABOR AND CHICAGO BUILDING TRADES COUNCIL OF THE AMERICAN FEDERATION OF LABOR

# SPECIAL BULLETIN

Effective June 1, 2018 the $1.75 per hour increase will be distributed to wages and benefits as follows:

| June 1, 2018 to May 31, 2019 NEW PAINTING CONTRACT | New Rate Total | Amount of Increase/Deduction |
|---|---|---|
| Wages | $46.55 | $1.00 |
| Welfare Fund | 11.81 | .25 |
| Pension Fund | 11.94 | .50 |
| Joint Cooperation | 1.51 | None |
| JATC | 1.87 | None |
| Education & Scholarship | .10 | None |
| Industry Advancement | .27 | None |

TOTAL WAGE & BENEFIT PACKAGE $74.05 PER HOUR

**DEDUCTIONS FROM EMPLOYEES WAGES**
SAVINGS *** INCREASED FROM $1.00 TO **$2.00 PER HOUR (Deducted from Wages)
Dues Check Off                3% of Gross Wages from employees check
L.P.C. (Local Political Committee)    .05 hourly - Voluntary deduction from Wages

**Painting Contract June 1, 2018 to May 31, 2021**
Effective June 1, 2018 – May 31, 2019  $1.75 per hour economic increase **per above**
Effective June 1, 2019 – May 31, 2020  $1.75 per hour economic increase
Effective June 1, 2020 – May 31, 2021  $2.00 per hour economic increase

**Market Recovery Rate**
From June 1, 2017 through May 31, 2019 the $1.20 per hour allocated from the Union wage package to the LMCC shall continue to fund a market recovery program.

**Apprentice Pension/School Hours**
From June 1, 2017 through May 31, 2021, which will then expire, the JATC will fund 100% of first year apprentice pension contributions and 50% of second year apprentice pension contributions.

**Employer shall pay Welfare** contributions for all hours worked and on days on which first and second year apprentices attend school and 50% of pension contributions for second year apprentices when attending school. For third year apprentices, the JATC will pay welfare and pension contributions only when third year apprentices attend school. Employers shall fund all work hours.

All other contributions on school hours to the JATC Fund, Industry Advancement Fund, Scholarship Fund, and Joint Cooperation Trust Fund shall continue to be paid by employers.

WAGES AND BENEFIT DISTRIBUTION TO BE MADE AT THE DISCRETION OF THE UNION

The present rate of 2 hours more pay per day for General Foremen, and 1 hour more per day for Foreman and one half (1/2) hour more per day for Sub-Foreman, remains unchanged.





 

INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES

# PAINTERS' DISTRICT COUNCIL #14

JOHN SPIROS, JR., BUSINESS MANAGER/SECRETARY-TREASURER
1456 WEST ADAMS STREET • CHICAGO, ILLINOIS 60607-2897
PHONE: 312-421-0046 • FAX: 312-421-7884 • www.pdc14.com

AFFILIATED WITH THE CHICAGO FEDERATION OF LABOR AND CHICAGO BUILDING TRADES COUNCIL OF THE AMERICAN FEDERATION OF LABOR

# SPECIAL BULLETIN

Effective June 1, 2018 the $1.75 per hour increase will be distributed to wages and benefits as follows:

| June 1, 2018 to May 31, 2019 NEW TAPING CONTRACT | New Rate Total | Amount of Increase |
|---|---|---|
| Wages | $46.55 | $1.00 |
| Welfare Fund | 11.81 | .25 |
| Pension Fund | 11.94 | .50 |
| Joint Cooperation | 1.55 | None |
| JATC | 1.86 | None |
| Education & Scholarship | .08 | None |
| Industry Advancement | .03 | None |

TOTAL WAGE & BENEFIT PACKAGE $73.82 PER HOUR

**DEDUCTIONS FROM EMPLOYEES WAGES**
SAVINGS ***INCREASED FROM $1.00 TO**$2.00 PER HR (DEDUCTED FROM WAGES)
**Dues Check Off** — 3 % of Gross Wages from employees check
L.P.C. (Local Political Committee) — .05 hourly - Voluntary deduction from Wages

**Taping Contract June 1, 2018 to May 31, 2021**
Effective June 1, 2018 – May 31, 2019  $1.75 per hour economic increase **per above**
Effective June 1, 2019 – May 31, 2020  $1.75 per hour economic increase
Effective June 1, 2020 – May 31, 2021  $2.00 per hour economic increase

**Market Recovery Rate**
From June 1, 2017 through May 31, 2019 the $1.20 per hour allocated from the Union wage package to the LMCC shall continue to fund a market recovery program.

**Apprentice Pension/School Hours**
From June 1, 2017 through May 31, 2021, which will then expire, the JATC will fund 100% of first year drywall apprentice pension contributions.

**Employer shall pay Welfare** contributions for all hours worked and on days on which first year drywall apprentices attend school. For second year drywall apprentices, the JATC will pay welfare and pension contributions only when second year drywall apprentices attend school. Employers shall fund all work hours on second year drywall apprentices.

All other contributions on school hours to the JATC Fund, Industry Advancement Fund, Scholarship Fund, and Joint Cooperation Trust Fund shall continue to be paid by employers.

WAGES AND BENEFIT DISTRIBUTION TO BE MADE AT THE DISCRETION OF THE UNION

The present rate of 2 hours more pay per day for General Foremen, and 1 hour more per day for Foreman and one half (1/2) hour more per day for Sub-Foreman, remains unchanged.

  

# EXHIBIT C

LAW OFFICES
# ARNOLD AND KADJAN, LLP
35 EAST WACKER DRIVE
SUITE 600
CHICAGO IL
60601-2106

HUGH B. ARNOLD
JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
ANDREW S. PIGOTT
BRIAN C. JAMES

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: arnoldandkadjanllp@aol.com

DANIEL N. KADJAN
RETIRED 1993

September 12, 2018

By email sspitler@sosinarnold.com
and Regular Mail
Ms. Sara L. Spitler
Sosin, Arnold & Schoenbeck, Ltd.
9501 W. 144th Place, Suite 205
Orland Park, Illinois 60462

Re: Chicago Regional Council of Carpenters,
et al. v. CFLS Evergreen, et al.
Case No.: 18 C 4690

Dear Ms. Spitler:

I have received no response from you regarding Painters District Council No. 14's position on settlement sent to you on August 31, 2018.

In addition, Defendant Thaimle, Inc., d/b/a Lotus Nails & Spa was served with Summons, Complaint and Notice of Mandatory Initial Discovery on July 26, 2018. Time to file an Appearance and Answer ran August 16, 2018. No Appearance or request for an extension of time has been filed. Your client is in default.

A Motion for Default Judgment in a Sum Certain in the amounts as outlined in my letter will be pursued. Please contact me to discuss this matter.

Yours truly,

ARNOLD AND KADJAN, LLP

By: *(signature)*
John J. Toomey

JJT:cc
cc: Travis Ketterman

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CHICAGO REGIONAL COUNCIL
OF CARPENTERS PAINTERS DISTRICT
COUNCIL NO. 14
    v.
CFLS EVERGREEN, LLC, et al

Case #: 18 C 4690

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Brian Riebel, a licensed Illinois Private Detective (IL license # 115.002394), located at 15774 S. Lagrange Rd., #260, Orland Park, IL 60462, hereby states as follows:

That I served the within

1. SUMMONS / COMPLAINT
2. NOTICE OF MANDATORY INITIAL DISCOVERY
3. STANDING ORDER REGARDING MANDATORY INITIAL DISCOVERY PILOT PROJECT
4. MIDP CHECKLIST

on: Thaimle, Inc. d/b/a Lotus Nails & Spa by CORPORATE SERVICE to its Reg. Agent and President Thai Le on 7/26/18.

That the sex, race and approximate age of the person with whom the above documents were served upon are as follows:

Sex: M      Race: Asian      Approx. Age: 30's      Other: 5'5"

That the place where and the date and time when the above documents were served upon the person are as follows:

Place: Business address: 9530 S. Western Ave., Evergreen Park, IL 60805

Date: 7/26/18      Time: 7:40 p.m.

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certified that the statements set forth in this instrument are true and correct except to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

                                                                           Special Process Server

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Regional Council of Carpenters
Painters District Council No. 14

CASE NUMBER: 2018 C 4690

V.

ASSIGNED JUDGE: Andrea R. Wood

CFLS Evergreen, LLC, et al.

DESIGNATED
MAGISTRATE JUDGE: Sheila Finnegan

TO: (Name and address of Defendant)

Thaimle, Inc., an Illinois corporation,
d/b/a Lotus Nails & Spa, an Illinois corporation
c/o Its President and Registered Agent
Thai Le
18206 Hummingbird Drive
Tinley Park, Illinois 60487

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

July 12, 2018
DATE

# EXHIBIT D

LAW OFFICES
# ARNOLD AND KADJAN, LLP
35 EAST WACKER DRIVE
SUITE 600
CHICAGO IL
60601-2106

HUGH B. ARNOLD
JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
ANDREW S. PIGOTT
BRIAN C. JAMES

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: arnoldandkadjanllp@aol.com

DANIEL N. KADJAN
RETIRED 1993

October 5, 2018

CERTIFIED MAIL
RETURN RECEIPT REQUESTED and
Regular Mail
Thaimle, Inc., an Illinois corporation,
d/b/a Lotus Nails & Spa, an Illinois corporation
c/o Its President and Registered Agent
Thai Le
18206 Hummingbird Drive
Tinley Park, Illinois 60487

  Re: Chicago Regional Council of Carpenters,
    et al. v. CFLS Evergreen, et al.
    Case No.: 18 C 4690

Dear Sir:

Enclosed please find a copy of Judge Wood's October 2, 2018 Order of Default.

Also enclosed please find the following:

1. Affidavit of Special Process Server.
  Summons/Complaint
  Notice of Mandatory Initial Discovery.
  Standing Order Regarding Mandatory Initial Discovery Pilot Project.
  MIDP Checklist.

Please contact me upon receipt of this letter to discuss.

Yours truly,

ARNOLD AND KADJAN, LLP

By: *(signature)*
John J. Toomey

1